1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Pereira

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        ) Case No. 2:22-CR-00047-JAM
11                                  )
            Plaintiff,               ) **STIPULATION AND ORDER TO CONTINUE**
12                                  ) **STATUS HEARING AND EXCLUDE TIME**
            vs.                     )
13                                  ) Date: May 3, 2022
   OLYIMPUS SHAQUILLE               ) Time: 9:30 a.m.
14 PEREIRA,                         ) Judge: John A. Mendez
                                    )
15          Defendant.               )

16      IT IS HEREBY STIPULATED and agreed by and between United States Attorney

17 Phillip A. Talbert, through Assistant United States Attorney Alstyn Bennett, counsel for Plaintiff,

18 and Federal Defender Heather Williams, through Assistant Federal Defender Hootan

19 Baigmohammadi, counsel for Defendant Olyimpus Shaquille Pereira, that the previously

20 scheduled Status Hearing set for May 3, 2022 be continued to June 28, 2022 at 9:30 a.m.

21      The parties specifically stipulate as follows:

22  1.  By previous order, the Status Hearing is currently scheduled for May 3, 2022 at

23      9:30 a.m.  Time has been ordered excluded through that date.

24  2.  Mr. Pereira respectfully requests that the Court continue the Status Hearing to

25      June 28, 2022 at 9:30 a.m.

26  3.  The government has produced 182 pages and various audio/video recordings in

27      discovery.  Mr. Pereira requires additional time to review the discovery;

28

1  investigate and research possible defenses; research potential pretrial motions;
2  explore potential resolutions to the case; and otherwise prepare for trial.
3  4.  Mr. Pereira believes that failure to grant his motion would deny him the
4  reasonable time necessary for effective preparation, taking into account the
5  exercise of due diligence.
6  5.  The government does not object to Mr. Pereira's motion.
7  6.  For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial
8  Act), the parties request that the time period between May 3, 2022 and June 28,
9  2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)
10  (Local Code T4), because it would result from a continuance granted by the Court
11  at the defense's request, based on a finding that the ends of justice served by
12  granting the continuance outweighs the best interest of the public and Mr. Pereira
13  in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 28, 2022

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Pereira

Date: April 28, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Alstyn Bennett*
ALSTYN BENNETT
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Date: April 29, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE