1   HEATHER E. WILLIAMS, SBN 122664
    Federal Defender
2   HOOTAN BAIGMOHAMMADI, SBN 279105
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, Third Floor
4   Sacramento, CA 95814
    T: (916) 498-5700
5   F: (916) 498-5710

6   Attorneys for Defendant
    Mr. Pereira

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,      ) Case No.  2:22-CR-00047-JAM
11                                  )
              Plaintiff,            ) **STIPULATION AND ORDER TO CONTINUE**
12                                  ) **SENTENCING**
              vs.                   )
13                                  ) Date: December 13, 2022
    OLYIMPUS SHAQUILLE              ) Time: 9:30 a.m.
14  PEREIRA,                        ) Judge: John A. Mendez
                                    )
15            Defendant.            )

16          IT IS HEREBY STIPULATED and agreed by and between United States Attorney

17   Phillip A. Talbert, through Assistant United States Attorney Alstyn Bennett, counsel for Plaintiff,

18   and Federal Defender Heather Williams, through Assistant Federal Defender Hootan

19   Baigmohammadi, counsel for Defendant Olyimpus Shaquille Pereira, that the previously

20   scheduled Sentencing set for December 13, 2022 be continued to **February 7, 2023 at 9:00 a.m.**

21          The parties agreed that good cause exists pursuant to Federal Rules of Criminal

22   Procedure 32(a)(2) because defense counsel was recently on extended medical leave and Mr.

23   Pereira needs additional time to complete a presentence investigation interview and to adequately

24   prepare for sentencing.

25          It is therefore requested that the matter be continued to February 7, 2023 for sentencing,

26   and that the PSR schedule be modified, as follows:

27

28

Stipulation and Order to Continue Sentencing        -1-              *United States v. Pereira*,
                                                                    2:22-CR-00047-JAM

1   Proposed Presentence Report Due:                    December 27, 2022

2   Informal Objections to Presentence Report Due:      January 10, 2023

3   Presentence Report Due:                             January 17, 2023

4   Formal Objections to Presentence Report Due:        January 24, 2023

5   Reply or Statement of Non-Opposition Due:           January 31, 2023

6   Judgment and Sentencing:                            February 7, 2023

7

8

9                                   Respectfully submitted,

10                                  HEATHER E. WILLIAMS
                                    Federal Defender
11
    Date: October 31, 2022          /s/  Hootan Baigmohammadi
12                                  HOOTAN BAIGMOHAMMADI
                                    Assistant Federal Defender
13                                  Attorneys for Defendant
                                    Mr. Pereira
14

15

16  Date: October 31, 2022          PHILLIP A. TALBERT
                                    United States Attorney
17
                                    /s/ Alstyn Bennett
18                                  ALSTYN BENNETT
                                    Assistant United States Attorney
19                                  Attorneys for Plaintiff

20

21

22

23

24

25

26

27

28

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Date: October 31, 2022                    /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          SENIOR UNITED STATES DISTRICT JUDGE