HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Pereira

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:22-CR-47-JAM |
| Plaintiff, | ) ) ) | **ORDER TO SEAL** |
| vs. | ) ) | Judge: John A. Mendez |
| OLYIMPUS PEREIRA, | ) ) | |
| Defendant. | ) ) ) ) | |

**IT IS HEREBY ORDERED** that the Request to file Defendant's Sentencing Memorandum with attached exhibits under seal be granted so that this information is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.

Dated: April 21, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE