1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Pereira

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00047-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: B.O.P. DESIGNATION RECOMMENDATION** |
| vs. | Date: |
| OLYIMPUS SHAQUILLE PEREIRA, | Time: |
| | Judge: John A. Mendez |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Alstyn Bennett, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Olyimpus Shaquille Pereira, that:

1. The Court sentenced Mr. Pereira on April 25, 2023 and stated that it would include a recommendation in the Judgment and Commitment that he be designated to a B.O.P. facility in the State of California to facilitate family visits.

2. Mr. Pereira respectfully requests that the Court amend the recommendation to **FCI Sheridan** for programming and to facilitate family visits.

3. The government does not object to Mr. Pereira's request.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: April 27, 2023 | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Pereira |
| Date: April 27, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
|  | */s/ Alstyn Bennett*<br>ALSTYN BENNETT<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: April 27, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE